CJF10.9.18
MG USAO 2018R00536

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT 10 PM 4: 21

AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

LAMOND JENKINS,

Defendant

CRIMINAL NO. ELH-18-0515

(Possession with Intent to Distribute
Controlled Substances, 21 U.S.C.
§ 841; Possession of a Firearm and
Ammunition by a Prohibited Person,
18 U.S.C. § 922(g)(1); Possession of a
Firearm in Furtherance of a Drug
Trafficking Crime, 18 U.S.C.
§ 924(c); Forfeiture, 18 U.S.C.
§ 924(d), 28 U.S.C. § 2461(c))

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute Marijuana)

The Grand Jury for the District of Maryland further charges that:

On or about June 1, 2018, in the District of Maryland, the defendant,

**LAMOND JENKINS,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT TWO
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about June 1, 2018, in the District of Maryland, the defendant,

**LAMOND JENKINS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, a Heckler & Koch USP Compact pistol bearing serial number 26-036060 and ten (10) .40 caliber Smith & Wesson cartridges.

18 U.S.C. § 922(g)(1)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland charges that:

On or about June 1, 2018, in the District of Maryland, the defendant,

**LAMOND JENKINS,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count One of this Indictment.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count Two of the Indictment.

2. As a result of the offense alleged in Count Two of this Indictment, the defendant,

**LAMOND JENKINS,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense, a Heckler & Koch USP Compact pistol bearing serial number 26-036060 and ten (10) .40 caliber Smith & Wesson cartridges.


18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert K. Hur /mu
ROBERT K. HUR
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

October 10, 2018
Date